```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK BERG,

        Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORP.,
AETNA LIFE INSURANCE COMPANY, and
CAPITAL ONE SHORT TERM MANAGED
INCOME PROTECTION BENEFITS PLAN

        Defendants.

Case No. 13-CV-2694

**STIPULATION EXTENDING
DEFENDANT CAPITAL ONE N.A.'s
TIME TO ANSWER COMPLAINT**

        Plaintiff, Erick Berg, and Defendant, Capital One N.A. (incorrectly named in the complaint as Capital One Financial Corp), by and through their undersigned attorneys, hereby stipulate and agree that Defendant Capital One N.A.'s time to answer, move or otherwise respond to Plaintiff's Complaint shall be extended to and including June 28, 2013. Defendant Capital One waives jurisdictional defenses related to improper service of process.

GOODSTADT LAW GROUP, PLLC
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 307-1880

By: _____
    Andrew S. Goodstadt

and

LAW OFFICE OF ADAM E. FABER, LLC
Eric B. Eubanks, Esq.
40 Cutter Mill Road, Suite 301
Great Neck, New York 11021
(516) 570-6885

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS, LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: _____
    Lori D. Bauer
    Nicole Q. Saldana

ATTORNEYS FOR DEFENDANT
CAPITAL ONE N.A.

SO ORDERED:

_____
U.S.D.J.
6-12-13