UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ERICK BERG,

                      Plaintiff,

v.

CAPITAL ONE FINANCIAL CORP., AETNA
LIFE INSURANCE COMPANY, and CAPITAL
ONE SHORT TERM MANAGED INCOME
PROTECTION BENEFITS PLAN,

                      Defendants.
------------------------------------------------------X

Civil Action No.:
1:13-cv-2694

**RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, THE AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.    Aetna Inc..

Dated:  New York, New York
          June 28, 2013

                      Respectfully submitted,

                      _s/_____
                      MICHAEL H. BERNSTEIN (MB-0579)
                      SEDGWICK LLP
                      225 Liberty Street, 28th Floor
                      New York, New York 10281-1008
                      T:  (212) 422-0202
                      F:  (212) 422-0925
                      *Attorneys for Defendants*
                      *Aetna Life Insurance Company and Capital One Short Term*
                      *Managed Income Protection Benefits Plan*

NY/1267628v1

TO:

**Andrew Scott Goodstadt**
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
(212) 257-6800
Fax: (212) 257-6854
Email: agoodstadt@goodstadtlaw.com

**Eric Brenner Eubanks**
Adam E. Faber, LLC
40 Cutter Mill Road
Suite 301
Great Neck, NY 11021
(516)-746-1600
Fax: (516)-746-2611
Email: eeubanks@adamfaberlaw.com

**Lori Diane Bauer**
Jackson Lewis LLP (NY)
666 Third Avenue
29th Floor
New York, NY 10017
212-545-4000
Fax: 212-972-3213
Email: bauerl@jacksonlewis.com

**Nicole Quick Saldana**
Jackson Lewis LLP (NY)
666 Third Avenue
29th Floor
New York, NY 10017
(212)-545-4000
Fax: (212)-972-3213
Email: saldanan@jacksonlewis.com

2

NY/1267628v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY** was served via ECF on this 28th day of June, 2013, upon the following:

| | |
|---|---|
| **Andrew Scott Goodstadt**<br>Thompson Wigdor LLP<br>85 Fifth Avenue<br>New York, NY 10003<br>(212) 257-6800<br>Fax: (212) 257-6854<br>Email: agoodstadt@goodstadtlaw.com | **Lori Diane Bauer**<br>Jackson Lewis LLP (NY)<br>666 Third Avenue<br>29th Floor<br>New York, NY 10017<br>212-545-4000<br>Fax: 212-972-3213<br>Email: bauerl@jacksonlewis.com |
| **Eric Brenner Eubanks**<br>Adam E. Faber, LLC<br>40 Cutter Mill Road<br>Suite 301<br>Great Neck, NY 11021<br>(516)-746-1600<br>Fax: (516)-746-2611<br>Email: eeubanks@adamfaberlaw.com | **Nicole Quick Saldana**<br>Jackson Lewis LLP (NY)<br>666 Third Avenue<br>29th Floor<br>New York, NY 10017<br>(212)-545-4000<br>Fax: (212)-972-3213<br>Email: saldanan@jacksonlewis.com |

                                              s/ _____
                                              Michael H. Bernstein

Dated:    New York, New York
              June 28, 2013