UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICK BERG,**<br><br>       **Plaintiff,**<br><br>-against-<br><br>**CAPITAL ONE FINANCIAL CORP., AETNA LIFE INSURANCE COMPANY, and CAPITAL ONE SHORT TERM MANAGED INCOME PROTECTION BENEFITS PLAN,**<br><br>       **Defendants.** | Case No. **13-CV-2694**<br><br>**<u>7.1 DISCLOSURE STATEMENT</u>** |

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Civil Rule 1.9) and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel certifies that Capital One Financial Corporation is a publicly traded company.

                   Respectfully submitted,

                   JACKSON LEWIS LLP
                     666 Third Avenue
                     New York, New York 10017
                     (212) 545-4000

Dated: June 28, 2013       By  s/ Lori D. Bauer
   New York, New York        Lori D. Bauer
                   Nicole Q. Saldana

                   ATTORNEYS FOR DEFENDANT
                   CAPITAL ONE FINANCIAL CORPORATION

4819-6213-3780, v.  1