UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

Erick Berg,

                  Plaintiff,

Case No. 13 Civ. 2694 (PKC)

-against-

Capital One Financial Corp., et al.,

                  Defendant.
----------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Andrew S. Goodstadt
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AG-2760    My State Bar Number is 2897460

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Thompson Wigdor LLP
                    FIRM ADDRESS: 85 Fifth Avenue, New York, NY 10003
                    FIRM TELEPHONE NUMBER: 212-257-6800
                    FIRM FAX NUMBER: 212-257-6854

NEW FIRM:    FIRM NAME: Goodstadt Law Group, PLLC
                    FIRM ADDRESS: 1 Old Country Rd, Suite 347, Carle Place, NY 11514
                    FIRM TELEPHONE NUMBER: 516-307-1880
                    FIRM FAX NUMBER: 516-307-1879

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/3/2013

                                                      ATTORNEY'S SIGNATURE