UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-13
```

ERICK BERG,

                Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORP.,
AETNA LIFE INSURANCE COMPANY,
and CAPITAL ONE SHORT TERM
MANAGED INCOME PROTECTION
BENEFITS PLAN,

                Defendants.

Case No. 13-CV-2694

**REVISED CASE MANAGEMENT PLAN AND ORDER**

IT IS ORDERED that the Case Management Plan and Order entered on July 2, 2013 in the above-entitled action is hereby amended by the mutual consent of the parties as follows:

    (a)    The parties shall complete fact discovery by January 31, 2014;

    (b)    Plaintiff's expert report to be served by December 13, 2013;

    (c)    Defendant's expert report to be served by January 17, 2014;

    (d)    All expert discovery shall be completed by March 14, 2014;

    (e)    *The Conference is adjourned from November 15 to Feb 21, 2014 at 11:00 a.m.*

It is SO ORDERED this _10th_ day of October 2013.

_____
KEVIN CASTEL
UNITED STATES DISTRICT JUDGE