UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICK BERG,

                Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORP.,
AETNA LIFE INSURANCE COMPANY,
and CAPITAL ONE SHORT TERM
MANAGED INCOME PROTECTION
BENEFITS PLAN,

                Defendants.

Case No. 13-CV-2694

/ FINAL

REVISED CASE MANAGEMENT
PLAN AND ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01-02-14
```

---

IT IS ORDERED that the Case Management Plan and Order entered on July 2, 2013 in the above-entitled action is hereby amended by the mutual consent of the parties as follows:

    (a)    The parties shall complete fact discovery by April 1, 2014;

    (b)    Plaintiff's expert report to be served by February 11, 2014;

    (c)    Defendant's expert report to be served by March 18, 2014;

    (d)    All expert discovery shall be completed by May 17 2014;

It is SO ORDERED this 2nd day of ~~December 2013~~ January 2014.

_____
KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

*The parties are on notice that there will be no further extensions. The Feb 21, 2014 conference is adjourned to April 25, 2014 at 11:45am.*