```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Erick Berg,

                Plaintiff(s),

      -against-

Capital One Financial Corp., et al.,

                Defendant(s).
-----------------------------------------------------------x

13 Civ. 2694 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        The conference originally scheduled on April 25, 2014 is moved to April 23, 2014 at 12:00 p.m.

        SO ORDERED.

                                            P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       April 7, 2014